Lucila DIAZ, Teofila Conception Diaz, Respondents,

v.

Jaime Armondo DIAZ, Appellant.

No. WD 45470.

Missouri Court of Appeals, Western District.

Submitted July 7, 1992.

Decided Sept. 8, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 27, 1992.

Daniel D. Lane, Kansas City, for appellant.

Clayton Chittim, Kansas City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM:

Jaime Diaz appeals from the judgment of the trial court dismissing his motion to set aside or modify a protective order entered against him and the trial judge's award of $1,316.00 in attorney's fees.

Judgment affirmed.   Rule 84.16(b).